Opinion issued August 29, 2002







 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00767-CV

____________


IN RE AUTRY LEE JONES, Relator







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Autry Lee Jones, filed a petition for writ of mandamus on July 23,
2002, complaining the judge of the 129th District Court (1) has failed to rule on his
motion for entry of default. Relator failed to comply with Tex. R. App. P. 9.5, 20.1,
52.2, 52.3, 52.7.

 The petition for writ of mandamus is dismissed.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.
1. The Honorable S. Grant Dorfman, judge of the 129th District Court of Harris
County, Texas. The underlying lawsuit is Autry Lee Jones v. Eli Smith and Associates, Inc.,
trial court cause no. 2001-32055.